Opinion by WILSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

No. 59154.—Siber Hegner Co., Inc. v. United States, protest 237355–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE SECOND DIVISION, JUNE 16, 1955

No. 59155.—McLaughlin Agricultural Chemical Co. and Norman G. Jensen, Inc. v. United States, protest 185698–K (Minneapolis).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal drums similar in all material respects to those the subject of *Norman G. Jensen, Inc.* v. *United States* (32 Cust. Ct. 176, C. D. 1600), the claim of the plaintiffs was sustained.

No. 59156.—R. J. Eiche & Associates, Inc. v. United States, protest 234176–K (Los Angeles).

Opinion by LAWRENCE, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 59157.—R. J. Eiche & Associates, Inc. v. United States, protest 236800–K (Los Angeles).

Opinion by LAWRENCE, J. From an examination of the papers in the case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was therefore overruled.